**Lorene BUCKLEN, Widow of Kermit Bucklen, Petitioner,**

v.

**JEWELL SMOKELESS COAL CORPORATION; Director, Office of Workers' Compensation Programs, Respondents.**

No. 06–2294.

United States Court of Appeals, Fourth Circuit.

Submitted: June 13, 2007.

Decided: July 10, 2007.

Lorene Bucklen, Petitioner Pro Se. Ronald Eugene Gilbertson, Bell, Boyd & Lloyd, Washington, D.C.; Patricia May Nece, Sarah Marie Hurley, United States Department of Labor, Washington, D.C., for Respondents.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorene Bucklen seeks review of the Benefits Review Board's decisions and orders affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000) and denying reconsideration. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Bucklen v. Jewell Smokeless Coal Corp.*, No. 05–0593–BLA (B.R.B. Feb. 15, 2006; Nov. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*